# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2020

161017

THOMAS HAAN, CONNIE HAAN, KRISTIN
BROOKS, and JILL RHODES,
        Plaintiffs/Counterdefendants-
        Appellees,

and

WILLIAM RHODES, CASEY ALLEN, LAURA
ALLEN, TRAVIS STEPHENSON, MARCIANN
STEPHENSON, KEVIN MARCY, and SUSAN
MARCY,
        Plaintiffs/Counterdefendants,

v

LAKE DOSTER LAKE ASSOCIATION,
        Defendant/Counterplaintiff-
        Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161017
COA: 345282
Allegan CC: 17-057955-CH

On order of the Court, the application for leave to appeal the January 16, 2020 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether the Court of Appeals: (1) erred by determining that the dedication and recorded restrictions did not prevent the appellees from claiming an easement for the maintenance of the appellees' docks; (2) erred by determining that the appellees' requests for placement of docks under the recorded covenants and restrictions constituted more than a permissive and revocable license and expanded into an enforceable easement; (3) erred by determining that the application for membership constituted an enforceable contract conferring on the appellees an easement for the permanent maintenance of docks; and (4) erroneously considered extrinsic evidence and decided questions of fact that were in dispute. In addition to the brief, the appellant shall

electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellees shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellees shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellees' brief. The parties should not submit mere restatements of their application papers.

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2020



Clerk

p1216